UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS PEPE,

    Plaintiff,

v.                                      Case No.  3:25-cv-723-TKW-ZCB

SCOTT BROWN, et al.,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under 28 U.S.C. §1915(e)(2)(B)(ii) – (iii).  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    The claims against Defendants Laboda, Shenko, and Greider are **DISMISSED** under 28 U.S.C. §§1915(e)(2)(B)(iii) because these defendants have absolute judicial immunity.

3. The claims against Defendants Brown, Goldin, Confreda, and Chosy are **DISMISSED** under 28 U.S.C. §§1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 28th day of July, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**